ABRAHAM AXELROD, an Infant, by CHARLES AXELROD, His Guardian ad Litem, Respondent, *v.* SAMUEL LEVINE, Appellant.

A. ABRAHAM SARAFAN, Appellant.

*Axelrod* v. *Levine,* 177 App. Div. ——, appeal dismissed.
(Argued April 16, 1917; decided April 24, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 27, 1917, which affirmed an order of Special Term adjudging the appellants herein guilty of contempt.

The motion was made upon the ground that the order was not appealable of right to the Court of Appeals,

*Leo Levy* for motion.

*Marshall Snyder* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.